UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-056-SMM

UNITED STATES OF AMERICA

v.

JOSHUA ADAMS BAGALA,
_____/



FILED BY _____ D.C.
JUN 02 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Christopher H. Hudock
Assistant United States Attorney
FL Bar No.        92454
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Christopher H. Hudock

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
| JOSHUA ADAMS BAGALA, | ) |
|  | ) 22-mj-056-SMM |
|  | ) |
| Defendant(s) | |

FILED BY _SCW_ D.C.
JUN 02 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 1, 2022** in the county of **St. Lucie** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent Eric Urgo
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: June 2, 2022

_____
Judge's signature

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
Printed name and title

AFFIDAVIT OF
SPECIAL AGENT ERIC URGO
HOMELAND SECURITY INVESTIGATIONS

Your affiant, Eric Urgo, first being duly sworn, does hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND**

1. I, Eric Urgo, am a Special Agent (SA) employed by Homeland Security Investigations (HSI). I have been a federal agent assigned to the investigation's office located in Fort Pierce, Florida, since November 2019. During my time with HSI, I have investigated federal criminal violations related to child exploitation and child pornography including but not limited to, violations of 18 U.S.C. 2251, 2252, and 2422 (b). Prior to my employment with HSI, I was employed with U.S. Customs and Border Protection (CBP) since February of 2008. During my time with CBP, I held the positions of officer, supervisor, Special Response Team (SRT) operator, and a Task Force Officer (TFO) with HSI and the Niagara County, New York Sheriff's Department. As part of my duties with CBP and as a TFO, I was an integral part in investigations related to violations of federal and state laws including but not limited to, drug smuggling/trafficking, organized criminal activity, and illicit cross border activity.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2251, 2252, 2422, et seq.

3. I am responsible for enforcing federal criminal statutes relating to Homeland Security Investigations, including the sexual exploitation of children, Title 18, United States Code, Sections 2251-57, along with any other violations under Title 18.

4. I have received formal training on the aforementioned investigations at the HSI Special Agent Training Program held at the Federal Law Enforcement Training Center (FLETC). Specifically, I have received training in the area of child pornography and child exploitation and have reviewed examples of child pornography, as defined in 18 U.S.C. 2256.

5. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, Joshua Adams BAGALA, (hereinafter referred to as BAGALA). I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that Joshua Adams BAGALA, violated 18 U.S.C. § 2252(a)(4)(B) & (b)(2), possession of child pornography.

6. This investigation began on June 1, 2022, when the United States Probation Officer (USPO) Robert Tango and members of the St. Lucie County Sheriff's Office (SLCSO), conducted an unannounced inspection of BAGALA's residence located at 1512 Havana Avenue, Fort Pierce, Florida. This search was conducted according to the terms of BAGALA's federal supervised release in *United States v. Bagala*, Case Number 13CR14030-DLG, in which he was convicted of violations of 18 U.S.C. § 2252(a)(2), Receipt of Child Pornography and 18 U.S.C. § 2252(a)(1) Transportation of Child Pornography. One of the conditions of BAGALA's supervised release is that he shall submit to periodic unannounced searches of his person, property, house, residence, vehicles, papers, computers, other electronic communication or data storage devices or media, including retrieval and copying of all data from the devices and any internal or external peripherals and effects at any time,

2

with or without a warrant by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release.

7. Upon initial contact with BAGALA, USPO Tango, observed BAGALA sitting on a chair in the living room area on top of a cellular device, later identified as a black Samsung, device model SM-G998U1 (hereinafter referred to as SUBJECT DEVICE), with an associated phone number of 772-667-1396. USPO Tango retrieved the SUBJECT DEVICE from BAGALA, who claimed ownership of the SUBJECT DEVICE.

8. BAGALA provided the passcode to the SUBJECT DEVICE to USPO Tango.

9. BAGALA admitted that he did not register his SUBJECT DEVICE with the SLCSO, as required by the Judgement and Commitment Order in 13CR14060-DLG.

10. During the inspection, BAGALA admitted to USPO Tango, that he downloaded child pornography using the application "Wickr" and saved that child pornography to the cloud storage system "Mega." He also admitted that there were numerous child pornography images and videos contained in the gallery of his phone, the SUBJECT DEVICE, and that he believes that the child pornography on his phone includes minors as young as five years of age.

11. BAGALA also admitted that he engaged in several social media conversations with people he believed were minors, and during those conversations had discussions that were sexual in nature. In at least one instance, he admitted that he received a video of a girl he described as either 14 or 15 years old in which she was "playing with herself" and he received a nude photo of the same girl.

12. On June 1, 2022, Detective Brian Broughton of the Martin County Sheriff's Office (MCSO), conducted a forensic review of the SUBJECT DEVICE, and he observed approximately forty child pornography videos and approximately twenty images of child pornography. These child

pornography images and videos were stored within the internal storage of the phone, specifically within a folder titled "Download." Additionally, child pornography was saved to another folder titled "MEGA Download."

13. I observed some of the child pornography images and videos contained within the SUBJECT DEVICE and verified that they depict pre-pubescent minors and toddler aged minors, engaging in sexually explicit conduct.

14. Based on the foregoing, I believe that probable cause exists to believe that Joshua Adams BAGALA, violated Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2), possession of child pornography.

FURTHER YOUR AFFIANT SAYTH NAUGHT.

Eric Urgo
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by video-conference, this 2nd day of June 2022.



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By S.Carlson
Deputy Clerk
Date Jun 2, 2022

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

4