UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14033-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JOSHUA ADAMS BAGALA,**

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court on Defendant Joshua Adams Bagala's First Unopposed Motion to Continue Trial [ECF No. 17]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 17] is **GRANTED** for the reasons stated in the Motion, including Defendant's acknowledgment that the period of delay should be excluded from the Speedy Trial Act calculations [ECF No. 17 ¶ 3]. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, June 27, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, October 4, 2022, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **October 11, 2022**.

CASE NO. 22-14033-CR-CANNON

2. All pre-trial motions and motions *in limine* must be filed by **August 31, 2022**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 13] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of June 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record