

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14033-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

v.

JOSHUA ADAMS BAGALA,

    Defendant.
_____/

## FACTUAL PROFFER

  COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and Joshua Adams BAGALA, together with his counsel, admits if this case were to proceed to trial, the government would be able to prove the allegations contained within the Indictment, which charges the defendant with possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), and the following facts, among others, beyond a reasonable doubt. The defendant also stipulates that those allegations, elements of the crimes and the following recitation of the facts shall constitute the underlying factual basis for the entry of a plea of guilty in this case:

  1. On June 1, 2022, U.S. Probation Officer Robert Tango conducted a random supervised release search of the defendant's residence.

  2. When he arrived, Officer Tango found the defendant sitting in a chair in his living room with a black Samsung, model SM-G998U1 mobile phone hidden under his leg.

  3. This Samsung, model SM-G998U1 mobile phone was manufactured outside the United States.

4. The defendant admitted that the phone was his, that he did not register it with the Saint Lucie County Sheriff's Office, and he provided Officer Tango the passcode to the phone.

5. While Officer Tango inspected the phone, the defendant admitted that he downloaded child pornography, involving children as young as five years old, using the phone and an application called "Wickr." He also admitted to saving the pornography to a cloud storage system called "Mega."

6. Martin County Sheriff's Office Detective Brian Broughton conducted a preliminary forensic review of the defendant's phone to assist Officer Tango. During the review, he located approximately 40 child pornography videos and approximately twenty images of child pornography, including images and videos of pre-pubescent minors and toddlers engaging in explicit sexual conduct.

7. On June 13, 2022, a federal search warrant was issued for the defendant's black Samsung, model SM-G998U1 mobile phone.

LEFT INTENTIONALLY BLANK

8. The parties agree that these facts, which do not include all the facts known to the government and the defendant, are sufficient to prove the elements of the following offenses beyond a reasonable doubt:

Possession of Child Pornography

First: The defendant knowingly possessed one or more films, video tapes, or other matter containing a visual depiction;

Second: the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct;

Third: the visual depiction was of a minor engaging in sexually explicit conduct;

Fourth: the defendant knew the visual depiction involved a minor engaging in sexually explicit conduct; and

Fifth: the visual depictions had been transported using any means or facility of interstate commerce or in or affecting interstate commerce.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 9/19/22    By: _____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

Date: 10/14/22    By: _____
PETER V. BIRCH
ATTORNEY FOR DEFENDANT

Date: 10/14/22    By: _____
JOSHUA ADAMS BAGALA
DEFENDANT