UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14033-CR-CANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOSHUA ADAMS BAGALA,**

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO FILE RESTITUTION EXHIBITS UNDER SEAL [ECF No. 43]

**THIS MATTER** comes before the Court upon the Government's Motion to File Restitution Exhibits Under Seal [ECF No. 43]. Upon review, it is **ORDERED AND ADJUDGED** as follows:

1. The Government's Motion to File Restitution Exhibits Under Seal [ECF No. 43] is **GRANTED.**

2. The Clerk of Court is directed to file the Restitution Exhibits [ECF No. 44] under seal until further order of this Court.

3. This Order shall **not** be filed under seal.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of March 2023.

                                              **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record